UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. GRIFFIN II, | No. 2:13-cv-1410-MCE-EFB P |
| Petitioner, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| P.D. BRAZELTON, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel on a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a). Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. However, the court has reviewed the petition as required by Rule 4 of the Rules Governing Section 2254 Proceedings, and finds that the petition is second or successive and must therefore be dismissed.

A petition is second or successive if it makes "claims contesting the same custody imposed by the same judgment of a state court" that the petitioner previously challenged, and on which the federal court issued a decision on the merits. *Burton v. Stewart*, 549 U.S. 147 (2007); *see also Slack v. McDaniel*, 529 U.S. 473, 485-86 (2000). Before filing a second or successive petition in a district court, a petitioner must obtain from the appellate court "an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Without an order from

the appellate court, the district court is without jurisdiction to consider a second or successive petition. *See Burton*, 549 U.S. 147.

In the present action, petitioner challenges a judgment of conviction entered in the Sacramento County Superior Court on or about April 23, 1993, for attempted first degree murder, discharge of a firearm into an occupied vehicle, and use of a firearm, and for which petitioner was sentenced to a state prison term of life, plus a consecutive sentence of 17 years. *See* Petition (ECF No. 1) at 1, 8 (referencing case number 92F05664). The court has examined its records, and finds that petitioner challenged the same conviction in an earlier action. In *Griffin v. Newland*, No. 2:97-cv-663-FCD-DAD, the court considered petitioner's challenge to his 1993 conviction for attempted first degree murder, discharge of a firearm into an occupied vehicle, and use of a firearm, and denied the petition on its merits. *See Griffin,* ECF No. 43 (magistrate judge's June 20, 2000 finding and recommendations to deny petition); ECF No. 47 (district judge's Sept. 11, 2000 order adopting findings and recommendations and denying petitioner's application for a writ of habeas corpus).

Because petitioner challenges in this petition the same judgment that he previously challenged, and that prior challenge was adjudicated on the merits, this petition is second or successive. Petitioner offers no evidence that the appellate court has authorized this court to consider a second or successive petition. Therefore, this action must be dismissed for lack of jurisdiction.[1] *See Burton*, 549 U.S. 147; *Cooper v. Calderon*, 274 F.3d 1270, 1274 (9th Cir. 2001) (per curiam).

Accordingly, it is hereby ORDERED that petitioner's request for leave to proceed in forma pauperis (ECF No. 5) is granted.

/////

/////

/////

---

[1] To the contrary, petitioner has submitted an order from the Ninth Circuit Court of Appeals denying his application for authorization to file a second or successive petition. *See* ECF No. 1 at 43-44.

2

Further, it is hereby RECOMMENDED that this action be dismissed for lack of jurisdiction.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). In his objections petitioner may address whether a certificate of appealability should issue in the event he files an appeal of the judgment in this case. *See* Rule 11, Federal Rules Governing Section 2254 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant).

Dated: October 24, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE